1205

No. 82–1587.   CHRISTIAN v. MASSACHUSETTS ET AL., 461 U. S. 907;

No. 83–1674.   YOUNG v. COMMISSIONER OF INTERNAL REVENUE, 467 U. S. 1206; and

No. 83–6374.   ATTWELL ET UX. v. HERITAGE BANK OF MOUNT PLEASANT ET AL., 466 U. S. 953.   Motions for leave to file petitions for rehearing denied.

JULY 5, 1984

No. 83–1941.   TROSCLAIR v. LOUISIANA.   Sup. Ct. La.   Certiorari dismissed under this Court's Rule 53.

No. 83–1757.   COTTON STATES MUTUAL INSURANCE CO. v. MCFATHER ET AL.   Appeal from Sup. Ct. Ga. dismissed under this Court's Rule 53.

No. 83–651.   FEDERAL COMMUNICATIONS COMMISSION v. LEAGUE OF WOMEN VOTERS OF CALIFORNIA ET AL.   Appeal from D. C. C. D. Cal. dismissed for want of jurisdiction.

No. 83–1513.   MOUNT DIABLO COUNCIL OF THE BOY SCOUTS OF AMERICA v. CURRAN.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of a final judgment.

No. 83–637.   MINNESOTA PUBLIC INTEREST RESEARCH GROUP v. SELECTIVE SERVICE SYSTEM ET AL.   Appeal from D. C. Minn. The order of the United States Court of Appeals for the Eighth Circuit filed August 17, 1983, transferring this case to the Supreme Court of the United States pursuant to 28 U. S. C. § 1252 is vacated, and the case is remanded to the Court of Appeals to consider whether appellant has standing.   JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 82–315.   OREGON v. ROBERTI.   Sup. Ct. Ore.   Certiorari granted, judgment vacated, and case remanded for further con-